**Electronically Filed
Supreme Court
SCWC-11-0000641
22-MAY-2015
09:30 AM**

SCWC-11-0000641

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

CINDY CHURAN KODAMA,
Respondent/Plaintiff-Appellee,

vs.

ALAN HARUO KODAMA,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000641; FC-D NO. 08-1-2862)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Alan Haruo Kodama's

Application for Writ of Certiorari filed on April 15, 2015, is

hereby rejected.

DATED: Honolulu, Hawai'i, May 22, 2015.

| | |
|---|---|
| Peter Van Name Esser and Edward R. Lebb for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| R. Steven Geshell for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

